1 | THOMAS E. ALBORG (SBN 056425)
MICHAEL J. VEILUVA (SBN 100419)
2 | DARRELL C. MARTIN (SBN 191773)
ALBORG, VEILUVA & EPSTEIN LLP
3 | 200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
4 | Tel: 925-939-9880
Fax: 925-939-9915

Attorneys for Defendant
STEWART TITLE GUARANTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COUNTRYWIDE HOME LOANS, INC., A New York corporation | Case No. C 07-04047 EMC |
|---|---|
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| STEWART TITLE GUARANTY COMPANY, a Texas corporation; | |
| Defendant. | |

## PROOF OF SERVICE

I declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen (18) years and not a party to the within entitled case, and my business address is Alborg, Veiluva & Epstein LLP, 200 Pringle Avenue, Suite 410, Walnut Creek, California 94596.  On the date set forth below I served the documents listed below on interested parties in this action in the manner(s) indicated:

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
ECF REGISTRATION INFORMATION HANDOUT
ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

[x] **(OFFICE MAIL)** placing true and correct copies thereof enclosed in a sealed envelope(s), with first class postage fully prepaid, for collection and mailing at 200 Pringle Avenue, Suite 410, Walnut Creek, California 94596 addressed as set forth below.  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] **(FACSIMILE)** transmission to a facsimile machine maintained by the person(s) on whom it is served at the facsimile machine telephone number as last given by that person(s) on any document filed in the case and served on the party making service.

[ ] **(OVERNIGHT DELIVERY)** placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the case and served on the party making service or at that party's place of residence.

| | |
|---|---|
| **Attorneys for Plaintiff Countrywide Home Loans, Inc.** | Michael R. Pfeifer, Esq.<br>Pfeifer & Reynolds<br>765 The City Drive, Suite 380<br>Orange, CA 92868<br>Tel:     714-703-9300<br>Fax:    714-703-9303 |

I declare that the foregoing is true and correct and that this declaration was executed in Walnut Creek, California on **August 9, 2007**.

*/s/*
_____
Jan Baerwald