MICHAEL R. PFEIFER,  SBN 072245
JAMES P. FINERTY  SBN 115611
LIBBY WONG SBN 173824
lwong@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone: (714) 703-9300
Fax:  (714) 703-9303
Email:  mpfeifer@pfeiferlaw.com

Attorneys for Plaintiff Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation;<br><br>                Plaintiff,<br><br>    v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation; and DOE 1 through DOE 20, inclusive,<br><br>               Defendants. | Case No. C 07-04047 EMC<br><br>PLAINTIFF'S DEMAND FOR JURY TRIAL |

    Plaintiff COUNTRYWIDE HOME LOANS, INC., a New York Corporation, hereby demands trial by jury in this action.

Dated:  August 21, 2007                PFEIFER & REYNOLDS, LLP

                                    By:   /s/ Michael R. Pfeifer
                                          MICHAEL R. PFEIFER, ESQ.
                                          JAMES P. FINERTY, ESQ.
                                          LIBBY WONG, ESQ.
                                          Attorneys for Countrywide Home Loans, Inc., a New York Corporation

1