MICHAEL R. PFEIFER, SBN 072245
JAMES P. FINERTY SBN 115611
LIBBY WONG SBN 173824
lwong@pfeiferlaw.com
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone: (714) 703-9300
Fax: (714) 703-9303
Email: mpfeifer@pfeiferlaw.com

Attorneys for Plaintiff Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation;<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation; and DOE 1 through DOE 20, inclusive,<br><br>　　　　　　　　Defendants. | Case No. C 07-04047 EMC<br><br>CERTIFICATE OF SERVICE RE:<br>PLAINTIFF'S DEMAND FOR JURY TRIAL |

///

///

///

///

///

///

///

///

1

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: PFEIFER & REYNOLDS, LLP, 765 The City Drive, Suite 380, Orange, California 92868.

On August 23, 2007, I served a copy of the foregoing documents described as:

## PLAINTIFF'S DEMAND FOR JURY TRIAL

on the interested party(ies) in this action.

 X    by placing [ ] the original [X] a true and correct copy thereof in a sealed envelope(s) addressed as follows:

## SEE ATTACHED SERVICE LIST

 X    by Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at **Orange**, **California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 X    via ELECTRONIC SERVICE as indicated on the attached Service List.

     **STATE –** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 X    **FEDERAL –** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 23, 2007, at Orange, California.


                                    /s/ Yolanda Rivera
                                    YOLANDA RIVERA

2

CERTIFICATE OF SERVICE
Case No. C 07-04047 EMC

# SERVICE LIST

Countrywide v. Stewart Title
United States District Court, NDC
Case No. C 07-04047 EMC

Thomas E. Alborg
talborg@avelaw.com
Michael J. Veiluva
mveiluva@avelaw.com
Darrell C. Martin
dmartin@avelaw.com
Daniel P. Beaver
Alborg, Veiluva & Epstein LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Telephone: (925) 939-9880
Facsimile:  (925) 939-9915
Attorneys for Defendant
***Stewart Title Guaranty Company***