UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COUNTRYWIDE HOME LOANS, INC.

                Plaintiff(s),

                v.

STEWART TITLE GUARANTY
COMPANY

                Defendant(s).

Case No. C07-04047 EMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 24, 2007

/s/
[Party]
Stewart Title Guaranty Company

Dated: October 24, 2007

[Counsel]
Daniel P. Beaver

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05                                                                                          NDC-17A