# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

COUNTRYWIDE HOME LOANS, INC.

                          Plaintiff(s),

                    v.

STEWART TITLE GUARANTY COMPANY

                          Defendant(s).

CASE NO. C07-04047 EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

[x] have not yet reached an agreement to an ADR process

[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    November 14, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael R. Pfeifer | Plaintiff Countrywide | 714-703-9300 | mpfeifer@pfeiferlaw.com |
| Michael J. Veiluva | Defendant Stewart Title | 925-939-9880 | mveiluva@avelaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: October 24, 2007

                                                  Attorney for Plaintiff   Michael R. Pfeifer
                                                  Annabelle de la Mora

Dated: October 24, 2007

                                                  Attorney for Defendant
                                                  Daniel P. Beaver

Rev 12.05

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

NDC-17