```
MICHAEL R. PFEIFER (SBN 072245)
mpfeifer@pfeiferlaw.com
JAMES P. FINERTY (SBN 115611)
LIBBY WONG (SBN 173824
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Tel. (714) 703-9300
Fax. (714) 703-9303
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation<br><br>Plaintiff(s),<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas Corporation<br><br>Defendant(s). | No. C C07-4047 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 5, 2007

Signature

Counsel for Countrywide Home Loans, Inc.
(Plaintiff, Defendant or indicate "pro se")