MICHAEL R. PFEIFER, SBN 072245
JAMES P. FINERTY SBN 115611
ANNABELLE DE LA MORA SBN 117649
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone: (714) 703-9300
Fax:  (714) 703-9303
Email: mpfeifer@pfeiferlaw.com

Attorneys for Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation;<br><br>            Plaintiff,<br><br>       v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation; and DOE 1 through DOE 20, inclusive,<br><br>            Defendants. | Case No. C 07-04047 EMC<br><br>COUNTRYWIDE HOME LOANS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT [Civil Local Rule 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report except possibly that of Countrywide Document Custody Services, a division of Treasury Bank, N.A., interim assignee of the underlying mortgage loan.

Dated: Nov. 6 , 2007                          PFEIFER & REYNOLDS, LLP

                                    By:  _____
                                         MICHAEL R. PFEIFER, ESQ.
                                         ANNABELLE DE LA MORA, ESQ.
                                         Attorneys for Countrywide Home Loans, Inc.

1