1
2
3
4
5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

COUNTRYWIDE HOME LOANS, INC.,

        Plaintiff(s),

    v.

STEWART TITLE GUARANTY COMPANY,

        Defendant(s).

No. C 07-04047 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 8, 2007

_____
Signature

Counsel for Defendant STEWART
(Plaintiff, Defendant or indicate "pro se")