**Pfeifer &
Reynolds** LLP
*Attorneys at Law*

MAIN OFFICE ☑
765 THE CITY DRIVE. SUITE 380
ORANGE, CALIFORNIA 92868
TELEPHONE (714) 703-9300
FACSIMILE (714) 703-9303

BRANCH OFFICE ☐
424 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 788-3900
FACSIMILE (310) 388-5416

mpfeifer@pfeiferlaw.com
WRITER'S EMAIL ADDRESS

# REQUEST FOR TELEPHONIC APPEARANCE

November 8, 2007

Chambers of Magistrate Judge Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re: *Countrywide Home Loans v. Stewart Title Guaranty Company*
        Case No. C07-04047 EMC
        Initial Case Management Conference (Initial CMC) on 11/14/07
        Courtroom C, 15th Floor, SF at 1:30 PM.

Dear Judge Chen,

    I am the lead trial attorney representing Countrywide Home Loans, Inc. in the above-referenced action. As noted, the Initial CMC is set for November 14, 2007. This date conflicts with my attendance at an out of state conference. As one of the scheduled speakers, I have been committed to attend since May 2007.

    Pursuant to Local Rule 16-10, as lead trial counsel for Countrywide I am required to attend the Initial CMC, and any request to attend telephonically must be filed and served at least 5 days before the conference. Due to my prior out of state commitment, I respectfully request that I be permitted to attend the Initial CMC telephonically. I apologize for any inconvenience my schedule may cause.

    Should you have any questions regarding the above, please contact my office at (714) 703-9300.

                              Very truly yours,

                              PFEIFER & REYNOLDS, LLP

                              /s/
                              Michael R. Pfeifer

MRP: yr