UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, | Case No. C07-4047 EMC |
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND PRETRIAL CONFERENCE ORDER** |
| STEWART TITLE GUARANTY COMPANY, | |
| Defendant. | |

Following the Case Management Conference held on **11/14/07,** a further telephonic case management conference is set for **3/19/08 at 2:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Updated joint case management conference statement is due **3/12/08.**

Pursuant to Fed.R.Civ.P. 16, IT IS ORDERED THAT the following case management and pretrial order is entered:

1. <u>TRIAL DATE</u>

A trial date has not been set. A date will be set at the next status conference should this case not settle at mediation.

2. <u>DISCOVERY</u>

There shall be no formal discovery until further ordered after mediation. Initial disclosures shall be completed by December 31, 2007.

///
///
///
///

3. <u>ALTERNATIVE DISPUTE RESOLUTION/SETTLEMENT CONFERENCE</u>

This case is referred to the Alternative Dispute Resolution Program for mediation. ADR is to be completed within 120 days. The parties anticipate the mediation will follow settlement of the underlying case in the Bankruptcy Court.

Dated: November 15, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge