**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** November 14, 2007

**Case No:** C07-4047 EMC                                              **FTR Time:**   1:32-1:41 p.m.

**Case Name:**  Countrywide Home Loans v. Stewart Title

    **Attorneys:**   Michael Pfeifer for Plaintiff
                      Mike Veiluva for Defendant

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    CMC - Held Telephonically

**ORDERED AFTER HEARING:**

A trial date has not been set.  A date will be set at the next status conference should this case not settle at mediation.  There shall be no formal discovery until further ordered after mediation.  Initial disclosures shall be completed by December 31, 2007. This case is referred to the Alternative Dispute Resolution Program for mediation.  ADR is to be completed within 120 days. The parties anticipate the mediation will follow settlement of the underlying case in the Bankruptcy Court.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 03/19/08 at 2:30 p.m. for Telephonic Status Conference.   Joint Status Conference Statement shall be filed by 3/12/08.

**cc: EMC**