MICHAEL R. PFEIFER, SBN 072245
JAMES P. FINERTY SBN 115611
ANNABELLE DE LA MORA SBN 117649
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone: (714) 703-9300
Fax: (714) 703-9303
Email: mpfeifer@pfeiferlaw.com

Attorneys for Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation;<br><br>Plaintiff,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation; and DOE 1 through DOE 20, inclusive,<br><br>Defendants. | Case No. C 07-04047 EMC<br><br>CERTIFICATE OF SERVICE |

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: PFEIFER & REYNOLDS, LLP, 765 The City Drive, Suite 380, Orange, California 92868.

On November 20, 2007, I served a copy of the foregoing documents described as:

**STIPULATION FOR PROTECTIVE ORDER BETWEEN CONTRYWIDE AND STEWART TITLE AND [PROPOSED] ORDER**

1

on the interested party(ies) in this action.

__X__ by placing [ ] the original [X] a true and correct copy thereof in a sealed envelope(s) addressed as follows:

> Michael J. Veiluva, Esq.
> mveiluva@avelaw.com
> Darrell C. Martin, Esq.
> Darrell.martin@kyl.com
> Alborg, Veiluva & Epstein LLP
> 200 Pringle Avenue, Suite 410
> Walnut Creek, CA 94596
> Telephone: (925) 939-9880
> Facsimile: (925) 939-9915
> Attorneys for Defendant
> **Stewart Title Guaranty Company**

___ by Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at **Orange, California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ via ELECTRONIC SERVICE as indicated on the attached Service List.

__X__ **FEDERAL** – I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 8, 2007, at Orange, California.

/s/ Yolanda Rivera
YOLANDA RIVERA