

# Ragghianti│Freitas LLP

ATTORNEYS AT LAW
874 FOURTH STREET, SUITE D, SAN RAFAEL, CA 94901-3246
TELEPHONE 415.453.9433  FACSIMILE 415.453.8269
WWW.RFLAWLLP.COM

December 13, 2007

VIA FIRST CLASS MAIL, E-MAIL AND FACSIMILE

| | |
|---|---|
| Michael Ray Pfeifer | Mark Douglas Epstein mepstein@avelaw.com |
| mpfeifer@pfeiferlaw.com | Michael John Veiluva mveiluva@avelaw.com |
| Pfeifer & Reynolds, LLP | Thomas E. Alborg talborg@avelaw.com |
| 765 The City Drive #380 | Darrell C. Martin II darrell.martin@kyl.com |
| Orange, CA 92868 | Alborg Veiluva & Epstein LLP |
| Telephone (714) 703-9300 | 200 Pringle Avenue, Ste. 410 |
| Facsimile (714) 703-9303 | Walnut Creek, CA 94596 |
| | Telephone (925) 939-9880 |
| | Facsimile (925) 939-9915 |

Re: **Countrywide Home Loans Inc. v. Stewart Title Guaranty Company**
**C 07-04047 EMC MED**
**Mediation deadline March 13, 2008**

Dear Counsel:

Per the District Court's notice dated December 10, I have been appointed to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. (My résumé is located at www.rflawllp.com.)

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;

**Ragghianti|Freitas** LLP

C 07-04047 EMC MED
December 13, 2007
Page 2

- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for **Thursday, December 20, 2007, at 8:00 a.m.** *Please call or email my paralegal, Jessica Durfee (jdurfee@rflawllp.com), within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and us know alternative times next week when you will be available.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is March 13, 2007 based on the current scheduling order.

The call-in procedure for the December 20th conference call is as follows: No earlier than 7:55 a.m. that morning, please call **888-296-1938** (AT&T Teleconference Services). When prompted, please enter the participant code **543370.**

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

Very truly yours,

Robert F. Epstein
(repstein@rflawllp.com)

RFE/jld
cc:   Alice M. Fiel, ADR Case Administrator
      via email (Alice_Fiel@cand.uscourts.gov)