# Ragghianti│Freitas LLP

ATTORNEYS AT LAW
874 FOURTH STREET, SUITE D, SAN RAFAEL, CA 94901-3246
TELEPHONE 415.453.9433  FACSIMILE 415.453.8269
WWW.RFLAWLLP.COM

December 13, 2007

VIA FIRST CLASS MAIL

| | |
|---|---|
| Michael Ray Pfeifer<br>mpfeifer@pfeiferlaw.com<br>Pfeifer & Reynolds, LLP<br>765 The City Drive #380<br>Orange, CA 92868 | Mark Douglas Epstein mepstein@avelaw.com<br>Michael John Veiluva mveiluva@avelaw.com<br>Thomas E. Alborg talborg@avelaw.com<br>Alborg Veiluva & Epstein LLP<br>200 Pringle Avenue, Ste. 410<br>Walnut Creek, CA 94596 |

    Re:    **Countrywide Home Loans Inc. v. Stewart Title Guaranty Company
C 07-04047 EMC MED -- Mediation deadline March 13, 2008**

Dear Counsel:

Please be advised that the mediation for the above-entitled matter has been set for February 20, 2008. Please contact me to confirm whether this date is acceptable for you and your clients.

We have tentatively scheduled another telephone conference for Friday, January 11, 2008 at 9:00 a.m. Again, please advise whether this is agreeable.

Thank you for your considerate attention to these scheduling matters. We look forward to assisting you in your ADR process in the New Year.

Very truly yours,

Jessica L. Durfee
Paralegal to Robert F. Epstein
(jdurfee@rflawllp.com)

JLD/s
cc:    Alice M. Fiel, ADR Case Administrator
       via email (Alice_Fiel@cand.uscourts.gov)

RODRIGO D. DIAS           ROBERT F. EPSTEIN
RILEY F. HURD III         PATRICK M. MACIAS          OF COUNSEL:
SARAH N. LÉGER            J. RANDOLPH WALLACE        JOHN RALPH THOMAS, JR.
RICHARD T. FRANCESCHINI   HERBERT M. ROWLAND         J. MARK MONTOBBIO
DAVID F. FEINGOLD         GARY T. RAGGHIANTI, INC.   DAVID P. FREITAS