

# Ragghianti|Freitas LLP

ATTORNEYS AT LAW
874 FOURTH STREET, SUITE D, SAN RAFAEL, CA 94901-3246
TELEPHONE 415.453.9433 FACSIMILE 415.453.8269
WWW.RFLAWLLP.COM

February 19, 2008

VIA FIRST CLASS MAIL, EMAIL and FACSIMILE

Michael Ray Pfeifer
mpfeifer@pfeiferlaw.com
Pfeifer & Reynolds, LLP
765 The City Drive #380
Orange, CA 92868

Mark Douglas Epstein mepstein@avelaw.com
Michael John Veiluva mveiluva@avelaw.com
Thomas E. Alborg talborg@avelaw.com
Alborg Veiluva & Epstein LLP
200 Pringle Avenue, Ste. 410
Walnut Creek, CA 94596

Re: Countrywide Home Loans Inc. v. Stewart Title Guaranty Company
C 07-04047 EMC MED -- Mediation deadline March 13, 2008

Dear Counsel:

Please be advised that the mediation for the above-entitled matter has been set for February 27, 2008 at 11:00 a.m. I apologize if there was any confusion regarding the mediation date. Please report to Courtroom D on the 15th floor at U.S. District Court in San Francisco.

We look forward to receiving any mediation briefs you will be submitting. Thank you for your courtesy.

Very truly yours,

Jessica L. Durfee
Paralegal to Robert F. Epstein
(jdurfee@rflawllp.com)

JLD/s
cc: Alice M. Fiel, ADR Case Administrator
via email (Alice_Fiel@cand.uscourts.gov)

RILEY F. HURD III
SARAH N. LÉGER
RICHARD T. FRANCESCHINI
DAVID F. FEINGOLD

ROBERT F. EPSTEIN
PATRICK M. MACIAS
J. RANDOLPH WALLACE
HERBERT M. ROWLAND
GARY T. RAGGHIANTI, INC.

OF COUNSEL:
JOHN RALPH THOMAS, JR.
J. MARK MONTOBBIO
DAVID P. FREITAS