# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Countrywide Home Loans Inc., <br>     Plaintiff(s), <br> v. <br> Stewart Title Guaranty Company, <br>     Defendant(s). | No. C 07-04047 EMC MED <br><br> **Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __2/27/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) __next 60 days__

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☐ YES    ☒ NO

Dated: __3/4/08__

Mediator, Robert F. Epstein
Ragghianti Freitas LLP
874 Fourth Street, Suite D
San Rafael, CA 94901

**Certification of ADR Session**
07-04047 EMC MED