**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** March 19, 2008

**Case No:** C07-4047 EMC            **FTR Time:**   2:40-2:44 p.m.

**Case Name:** Countrywide Home Loans v. Stewart Title

    **Attorneys:**   Michael Pfeifer for Plaintiff (Telephonically 714-703-9300)
                          Mike Veiluva for Defendant

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    Status Conference - Held

**ORDERED AFTER HEARING:**

Parties are scheduling another mediation session.  A trial date has not been set.  A date will be set at the next status conference should this case not settle at mediation.  There shall be no formal discovery until further ordered after mediation.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:** 05/7/08 at 2:30 p.m. for Telephonic Status Conference.  Joint Status Conference Statement shall be filed by 4/30/08.

cc: EMC