

# Ragghianti│Freitas LLP

ATTORNEYS AT LAW
874 FOURTH STREET, SUITE D, SAN RAFAEL, CA 94901-3246
TELEPHONE 415.453.9433  FACSIMILE 415.453.8269
WWW.RFLAWLLP.COM

April 2, 2008

VIA FIRST CLASS MAIL, EMAIL and FACSIMILE

Michael Ray Pfeifer
mpfeifer@pfeiferlaw.com
Pfeifer & Reynolds, LLP
765 The City Drive #380
Orange, CA 92868

Mark Douglas Epstein mepstein@avelaw.com
Michael John Veiluva mveiluva@avelaw.com
Thomas E. Alborg talborg@avelaw.com
Alborg Veiluva & Epstein LLP
200 Pringle Avenue, Ste. 410
Walnut Creek, CA 94596

Re: **Countrywide Home Loans Inc. v. Stewart Title Guaranty Company
C 07-04047 EMC MED -- Mediation deadline March 13, 2008**

Dear Counsel:

Please be advised that the continuing mediation for the above-entitled matter has been set for April 14, 2008 at 11:00 a.m. Please report to the 16th floor at U.S. District Court in San Francisco.

Please feel free to contact our office with any questions or concerns. Thank you for your attention to this matter.

Very truly yours,

Jessica L. Durfee
Paralegal to Robert F. Epstein
(jdurfee@rflawllp.com)

JLD/s
cc:  Alice M. Fiel, ADR Case Administrator
     via email (Alice_Fiel@cand.uscourts.gov)

RILEY F. HURD III
SARAH N. LÉGER
RICHARD T. FRANCESCHINI
DAVID F. FEINGOLD

ROBERT F. EPSTEIN
PATRICK M. MACIAS
J. RANDOLPH WALLACE
HERBERT M. ROWLAND
GARY T. RAGGHIANTI, INC.

OF COUNSEL:
JOHN RALPH THOMAS, JR.
J. MARK MONTOBBIO
DAVID P. FREITAS