MICHAEL R. PFEIFER SBN 072245
JAMES P. FINERTY SBN 115611
ANNABELLE DE LA MORA SBN 117649
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Tel:   (714) 703-9300
Fax:   (714) 703-9303
Email: mpfeifer@pfeiferlaw.com

Attorneys for Plaintiff Countrywide Home Loans, Inc.

MICHAEL J. VEILUVA SBN 100419
DARRELL C. MARTIN SBN 191773
ALBORG, VEILUVA & EPSTEIN LLP
200 Pringle Avenue, Suite 410
Walnut Creek CA 94596
Tel:   (925) 939-9880
Fax:   (925) 939-9915
Email: mveiluva@avelaw.com

Attorneys for Defendant Stewart Title Guaranty Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation;<br><br>Plaintiff,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation; and DOE 1 through DOE 20, inclusive,<br><br>Defendants. | Case No. C 07-04047 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>DATE:   May 7, 2008<br>TIME:   2:30 p.m.<br>PLACE:  Courtroom C, 15th Fl. |

This Stipulation is entered into by and between Plaintiff Countrywide Home Loans, Inc. ("Plaintiff"), and Defendant Stewart Title Guaranty Company ("Defendant" and collectively the "Parties"), as follows:

1

1.   WHEREAS, on or about April 14, 2008, the Parties participated in a mediation under the direction of mediator Robert F. Epstein, which mediation resulted in an agreement by the Parties to compromise and settle fully and completely the above-entitled action ("Action") as between themselves;

2.   WHEREAS, the Parties acknowledge and agree that they will require at least thirty (30) days for each to approve and execute the necessary settlement documents, carry out the terms of the settlement, and file a dismissal of the Action;

3.   WHEREAS, a Case Management Conference ("CMC") is presently scheduled for May 7, 2008, in the Action and the Parties desire to continue such date to allow completion of the settlement and the filing of a dismissal of the Action;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the CMC be continued from May 7, 2008, 2:30 p.m. to June 10, 2008, 2:30 p.m., and if such date and time is not available on the court's calendar, to a date approximately thirty (30) days from the currently set CMC date.

Dated: April 30, 2008     PFEIFER & REYNOLDS, LLP

By: _____
MICHAEL R. PFEIFER, ESQ.
ANNABELLE DE LA MORA, ESQ.
Attorneys for Plaintiff Countrywide Home Loans, Inc.

Dated: April 30, 2008     ALBORG, VEILUVA & EPSTEIN LLP

By: _____
MICHAEL J. VEILUVA, ESQ.
DARRELL C. MARTIN, ESQ.
Attorneys for Defendant Stewart Title Guaranty Company

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008

_____
UNITED STATES DISTRICT COURT MAGISTRATE

2