# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Countrywide Home Loans Inc., | No. C 07-04047 EMC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Stewart Title Guaranty Company, | |
| Defendant(s). | |

**Instructions:** *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __APRIL 14, 208__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __5/5/08__

Mediator, Robert F. Epstein
Ragghianti Freitas LLP
874 Fourth Street, Suite D
San Rafael, CA 94901

**Certification of ADR Session**
07-04047 EMC MED