```
1  MICHAEL R. PFEIFER SBN 072245
   JAMES P. FINERTY SBN 115611
2  ANNABELLE DE LA MORA SBN 117649
   PFEIFER & REYNOLDS, LLP
3  765 The City Drive, Suite 380
   Orange, CA 92868
4  Tel:   (714) 703-9300
   Fax:   (714) 703-9303
5  Email: mpfeifer@pfeiferlaw.com

6  Attorneys for Plaintiff Countrywide Home Loans, Inc.

7  MICHAEL J. VEILUVA SBN 100419
8  DARRELL C. MARTIN SBN 191773
   ALBORG, VEILUVA & EPSTEIN LLP
9  200 Pringle Avenue, Suite 410
   Walnut Creek CA  94596
10 Tel:   (925) 939-9880
11 Fax:   (925) 939-9915
   Email: mveiluva@avelaw.com
12
   Attorneys for Defendant Stewart Title Guaranty Company
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation; <br><br> Plaintiff, <br><br> v. <br><br> STEWART TITLE GUARANTY COMPANY, a Texas corporation; and DOE 1 through DOE 20, inclusive, <br><br> Defendants. | Case No. C 07-04047 EMC <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** <br><br> DATE:  July 2, 2008 <br> TIME:  1:30 p.m. <br> PLACE: Courtroom C, 15th Fl. |

This Stipulation is entered into by and between Plaintiff Countrywide Home Loans, Inc. ("Plaintiff"), and Defendant Stewart Title Guaranty Company ("Defendant" and collectively the "Parties"), as follows:

1

1. WHEREAS, on or about April 14, 2008, the Parties participated in a mediation under the direction of mediator Robert F. Epstein, which mediation resulted in an agreement by the Parties to compromise and settle fully and completely the above-entitled action ("Action") as between themselves;

2. WHEREAS, the Parties acknowledge and agree that they will require approximately another thirty (30) days for each to approve and execute the necessary settlement documents, carry out the terms of the settlement, and file a dismissal of the Action;

3. WHEREAS, a Case Management Conference ("CMC") is presently scheduled for June 11, 2008, in the Action and the Parties desire to continue such date to allow completion of the settlement and the filing of a dismissal of the Action;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the CMC be continued from June 11, 2008, 2:30 p.m. to July 2, 2008, 1:30 p.m. The CMC will be conducted telephonically. Updated Joint Case Management Statements are due no later than June 25, 2008.

Dated: June 2, 2008           PFEIFER & REYNOLDS, LLP

                              By: _____
                              MICHAEL R. PFEIFER, ESQ.
                              ANNABELLE DE LA MORA, ESQ.
                              Attorneys for Plaintiff Countrywide Home Loans, Inc.

Dated: June 2, 2008           ALBORG, VEILUVA & EPSTEIN LLP

                              By: _____
                              MICHAEL J. VEILUVA, ESQ.
                              DARRELL C. MARTIN, ESQ.
                              Attorneys for Defendant Stewart Title Guaranty Company

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008    _____
                                   UNITED STATES DISTRICT COURT MAGISTRATE