**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 6, 2008

**Case No:** C07-4047 EMC                                    **FTR Time:**   2:40-2:43 p.m.

**Case Name:** Countrywide Home Loans v. Stewart Title

    **Attorneys:**   Annabelle de la Mora for Plaintiff (Telephonically 714-703-9300)
                        Mike Veiluva for Defendant (925-939-9880)

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    Status Conference - Held

**ORDERED AFTER HEARING:**

Parties shall finalize settlement documents.  Further status set for 8/20/08 at 2:30 p.m.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:** 08/20/08 at 2:30 p.m. for Telephonic Status Conference.  Joint Status Conference Statement shall be filed by 8/13/08.

**cc: EMC**