1  MICHAEL R. PFEIFER SBN 072245
   ANNABELLE DE LA MORA SBN 117649
2  PFEIFER & REYNOLDS, LLP
   765 The City Drive, Suite 380
3  Orange, CA 92868
   Tel:   (714) 703-9300
4  Fax:   (714) 703-9303
   Email: mpfeifer@pfeiferlaw.com
5

6  Attorneys for Plaintiff Countrywide Home Loans, Inc.

7  MICHAEL J. VEILUVA SBN 100419
   DARRELL C. MARTIN SBN 191773
8  ALBORG, VEILUVA & EPSTEIN LLP
   200 Pringle Avenue, Suite 410
9  Walnut Creek CA  94596
   Tel:   (925) 939-9880
10 Fax:   (925) 939-9915
   Email: mveiluva@avelaw.com
11

12 Attorneys for Defendant Stewart Title Guaranty Company

13

14                      UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16

17 COUNTRYWIDE HOME LOANS, INC., a  )  Case No. C 07-04047 EMC
   New York corporation;             )
18                                    )
                  Plaintiff,          )  STIPULATION FOR DISMISSAL OF
19                                    )  CASE WITH PREJUDICE AND ORDER
          v.                          )  THEREON
20                                    )
   STEWART TITLE GUARANTY             )
21 COMPANY, a Texas corporation; and DOE 1 )
22 through DOE 20, inclusive,         )
                                      )
23                Defendants.         )

24

25 ///
26 ///
27
28

1

Stipulation for Dismissal of Case with Prejudice and Order Thereon; Case No. C 07-04047 EMC

By reason of the Settlement of this matter, it is hereby stipulated by Plaintiff Countrywide Home Loans, Inc., and Defendant Stewart Title Guaranty Company, by and through their respective counsel of record, that the Court order the above-captioned case dismissed with prejudice.

Dated: August 14, 2008

PFEIFER & REYNOLDS, LLP

By: _____
MICHAEL R. PFEIFER, ESQ.
ANNABELLE DE LA MORA, ESQ.
Attorneys for Plaintiff Countrywide Home Loans, Inc.

Dated: August 14, 2008

ALBORG, VEILUVA & EPSTEIN LLP

By: _____
MICHAEL J. VEILUVA, ESQ.
DARRELL C. MARTIN, ESQ.
Attorneys for Defendant Stewart Title Guaranty Company

### ORDER

The Court, having considered the above stipulation and finding good cause therefore, hereby orders the above-captioned case dismissed with prejudice.

Dated: _____, 2008

_____
UNITED STATES DISTRICT COURT MAGISTRATE